JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH VANCE, et al., | Case No. ED CV 25-0564 FMO (ADSx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ZOLL MEDICAL CORPORATION, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of June, 2025.

/s/
Fernando M. Olguin
United States District Judge